FILED

NOT FOR PUBLICATION

NOV 30 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JOSE MERCEDES AYALA,

Petitioner,

v.

ERIC H. HOLDER Jr., Attorney General,

Respondent.

No. 08-71869

Agency No. A075-659-690

MEMORANDUM [*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 17, 2009 [**]

Before: ALARCÓN, TROTT, AND TASHIMA, Circuit Judges.

Jose Mercedes Ayala, a native and citizen of El Salvador, petitions for

review of the Board of Immigration Appeals' decision affirming the immigration

judge's denial of his application for asylum. We have jurisdiction under 8 U.S.C. §

_____

[*] This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously finds this case suitable for decision without
oral argument. See Fed. R. App. P. 34(a)(2).

jlf/Inventory

1252.  We review for substantial evidence, *Santos-Lemus v. Mukasey*, 542 F.3d 738, 742 (9th Cir. 2008), and we deny the petition for review.

The record does not compel reversal of the IJ's conclusion that petitioner failed to establish that the harm he suffered at the hands of gang members in El Salvador was on account of a protected ground.  *See Ramos-Lopez v. Holder*, 563 F.3d 855, 858-62 (9th Cir. 2009) (concluding that resistance to gang activity is not a particular social group for the purpose of establishing nexus to a protected ground).  Accordingly, petitioner's asylum claim fails.  *Id.*

**PETITION FOR REVIEW DENIED.**